IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 3:13-cr-34-KRG-KAP-1 |
| QUINN ABDUL BAXTER, | : | |
| Defendant | : | |

<u>Memorandum Order</u>

After the hearing today, it is ordered that Mr. Baxter be released pending further proceedings, under the conditions of supervised release already imposed, to Renewal in Pittsburgh, pending approval of a long-term residence with Mr. Baxter's brother. If Mr. Baxter's brother's residence is approved before Renewal receives the referral from the Bureau of Prisons then Mr. Baxter is ordered released to reside at the approved residence, under the conditions of supervised release already imposed.

Transportation from the Cambria County Prison to Renewal and thereafter from Renewal to the approved residence, or to the approved residence directly, is the responsibility of Mr. Baxter, as more fully discussed this morning on the record.

DATE: _January 10, 2023_     _____

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to:

 counsel of record, Pretrial Services, United States Marshal Service